

ENTERED
09/28/2011

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| SHUMATE ENERGY TECHNOLOGIES, INC. | § | Case No. 11-32327 |
| | § | |
| Debtor. | § | (Chapter 11) |

## AGREED ORDER AMENDING FINAL ORDER FOR USE OF CASH COLLATERAL
### [Related Docket No. 81]

This matter came on for hearing pursuant to the Final Order for Use of Cash Collateral [Docket No. 81] (the "Final Cash Collateral Order"). The Court has been advised that (i) Stillwater National Bank and Trust Company ("SNB") has absolutely and unconditionally sold, transferred and assigned to RR Funding, LLC, its successors and assigns (collectively, "RR Funding"), all of its right, title and interest in and to all claims and interests it possessed against Shumate Energy Technologies, Inc. (the "Debtor") and its estate, including but not limited to those arising under or related to the Final Cash Collateral Order, and (ii) RR Funding, the Debtor and the Official Committee of Unsecured Creditors established in this case (the "Committee") have agreed to the Debtor's continued use of RR Funding's cash collateral upon the terms of the Final Cash Collateral Order as modified by this Order. Based upon the foregoing, and it appearing that the relief afforded herein is in the best interest of the Debtor, its estate and creditors, the Court finds just cause for the entry of this Order.[1] Accordingly, it is hereby

ORDERED that the Final Cash Collateral Order is amended solely to extend the period of time in which the Debtor may use RR Funding's cash collateral through and including October

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings given to them in the Final Cash Collateral Order.

2517289v1

31, 2011, or such later date to which RR Funding, the Debtor and the Committee may agree to in writing; and it is further

ORDERED that all other terms and conditions of the Final Cash Collateral Order shall remain in full force and effect.

Dated:

_____
HONORABLE LETITIA Z. PAUL
UNITED STATES BANKRUPTCY JUDGE

AGREED AS TO FORM AND CONTENT:

By _____
James Matthew Vaughn
State Bar No. 24028088
Porter Hedges, LLP
1000 Main, 36th Floor
Houston, Texas 77002
Telephone: (713) 226-6000
Facsimile: (713) 226-6287
mvaughn@porterhedges.com

COUNSEL FOR RR FUNDING, LLC

By _____
Leonard H. Simon, Esq.
Pendergraft & Simon
State Bar No. 18387400; SDOT: 8200
The Riviana Building
2777 Allen Parkway, Suite 800
Houston, Texas 77019
(713) 737-8407 (Direct)
(832) 202-2810 (Direct Fax)
lsimon@pendergraftsimon.com

COUNSEL FOR THE DEBTOR

2

2517289v1

By _____   By permission

Christopher Adams, Esq.                    James Matthew Vaughn
Okin, Adams & Kilmer LLP
State Bar No. 24009857
1113 Vine Street, Suite 201
Houston, Texas  77002
(713) 228-4100 (Telephone)
(888) 865-2118 (Fax)
cadams@oakllp.com

COUNSEL FOR THE OFFICIAL COMMITTEE
OF UNSECURED CREDITORS

3

2517289v1